# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0127

———————————————

KEITH CALVIN,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

Appellees.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

July 29, 2024

PER CURIAM.

DISMISSED.

BILBREY, M.K. THOMAS, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Keith Calvin, pro se, Appellant.

Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellees.